■ RICHARD N. AMES, Respondent, v ROBERT JAMES SHUTE, Appellant. [936 NYS2d 586]—

Memorandum: On appeal from a judgment of foreclosure and sale, defendant contends for the first time on appeal that, inter alia, the mortgage loan documents should be construed together with a joint venture agreement between plaintiff, defendant and a nonparty. Inasmuch as defendant failed to raise that contention at Supreme Court, it is not properly before us (*see Ciesinski v Town of Aurora*, 202 AD2d 984, 985 [1994]). In any event, we have considered the merits of defendant's contentions that are raised for the first time on appeal and conclude that they are without merit. Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.